# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | CRIMINAL ACTION NO. 19-298 |
| CARMEN PIZZO | |

## ORDER

AND NOW, this 7th day of April, 2022, upon consideration of Carmen Pizzo's *pro se* Motion for Compassionate Release (ECF 46), his supplemental memorandum (ECF 48), the Government's Response (ECF 49) and associated exhibit (ECF 50), and consistent with the accompanying Memorandum of Law, it is **ORDERED** that the Motion is **DENIED**.

BY THE COURT:

*/s/ Gerald J. Pappert*
GERALD J. PAPPERT, J.